# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Donald Maclellan<br><br>    Plaintiff,<br><br>v.<br><br>Convergent Outsourcing, Inc.,<br><br>    Defendant. | Case No. 1:14-cv-01400<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


    RESPECTFULLY SUBMITTED,

    Law Office of Jason Blust, LLC

    By:   /s/ Colin Banyon
        Colin Banyon
        Attorney for Plaintiff
        211 W. Wacker Dr., Suite 200
        Chicago, IL 60606
        Telephone: 800.383.8180
        Colin.Banyon@clientfirstbankruptcy.com

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that on April 1, 2014, I electronically filed the foregoing Notice. Service of this filing will be made by the Court's CM/ECF system upon the following:

Convergent Outsourcing, Inc.

                                                                         /s/ Colin Banyon